THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Allen Morgan, Appellant,
 v.
 South Carolina Department
 of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal From Administrative Law Court
Deborah B. Durden, Administrative Law
 Judge
Unpublished Opinion No. 2010-UP-312
Submitted June 1, 2010  June 15, 2010
Affirmed

 
 
 
 Tommy Arthur Thomas, of Irmo, for Appellant. 
 Tommy  Evans, Jr., of Columbia, for Respondent.
 
 
 

PER CURIAM: Allen
 Morgan appeals the South Carolina Parole Board's (the Board) denial of his
 parole, arguing the Board failed to comply with Cooper v. South Carolina Department of Probation,
 Parole and Pardon Services. 377 S.C.
 489, 661 S.E.2d 106 (2008).  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: Compton v. S.C.
 Dep't of Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 179 (2009) (holding an order
 denying parole is sufficient under Cooper if it states the Board
 considered the statutory criteria in section 24-21-640 of the South Carolina
 Code (2007) and parole form 1212).  
Affirmed.
FEW, C.J., WILLIAMS, J., and CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.